# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BARBARA MOLLBERG,

                Plaintiff,

v.

KOHN LAW FIRM SC,

                Defendant.

Case No. 19-CV-670-JPS

# ORDER

On May 7, 2019, Plaintiff filed this complaint alleging violations of the Fair Debt Collections Practices Act and Wisconsin state law. (Docket #1). That same day, Plaintiff filed a motion to certify class, stay class certification, and grant relief from the automatic briefing requirements. (Docket #3). On May 8, 2019, a summons was issued as to Defendant. On June 5, 2019, the Court gave notice of a scheduling conference, (Docket #5), which it subsequently vacated in light of the parties' notice of settlement, (Docket #6). Plaintiff subsequently filed a notice of voluntary dismissal. (Docket #7). Defendant has not served an answer or response to the complaint or a motion for summary judgment. Therefore, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, stay class certification, and grant relief from the automatic briefing requirements (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice**, each side to bear its own costs.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge